IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAYMOND GILES, ROBERT LIONEL HARTFORD, | § § § | |
| *Plaintiffs,* | § § | SA-20-CV-00214-JKP |
| vs. | § § | |
| NORTHSIDE FORD, | § § § | |
| *Defendant.* | § § | |

## SHOW CAUSE ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings. The Court held a telephonic status conference in this case on August 20, 2020, at which Plaintiffs' counsel failed to appear. The Court will therefore order Plaintiffs' counsel to show cause for his absence. A failure to do so could result in the imposition of sanctions.

**IT IS THEREFORE ORDERED** that Plaintiffs' counsel **show cause** for her failure to appear at the telephonic status conference on August 20, 2020 on or before **August 28, 2020**.

SIGNED this 21st day of August, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE